No. 02–10946. CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10948. HALL v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 02–10949. POWELL, AKA MUHAMMAD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10950. NUNN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10951. NIMMONS v. CAMPBELL ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–10952. CHRISTIAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–10953. SPERLING v. ZENK, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 02–10954. ROMERO-LOPEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–10955. STRZELCZYK v. COLLERAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–10956. CLINTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10957. RATCLIFF v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10958. BOROUGHS v. INDIANA. Ct. App. Ind. Certiorari denied.